**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DONALD PERRY,**

      **Plaintiff,**

**v.**                            **Case No. 4:16cv231-MW/CAS**

**TENA M. PATE, et al.**

      **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

      This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 7.   Upon consideration, no objections having been filed by the parties,

      IT IS ORDERED:

      The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The motion for *in forma pauperis* status, ECF No. 2, is **DENIED**.  This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g).  All pending motions are **DENIED**.  The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(g)."  The Clerk

shall close the file.

**SO ORDERED on May 17, 2016.**

**s/Mark E. Walker**
**United States District Judge**